AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -6 A 11: 54

CLERK _F. LaVictoire_
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

CASE NO.: CR204-38

DAVID SMILEY

## ORDER

The Court has been advised that all motions filed by David Smiley have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 6th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

vs.

DAVID SMILEY

CASE NO. CR204-38

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 5/6/05, which is part of the official records of this case.

Date of Mailing: 5/6/05
Date of Certificate: 5/6/05

SCOTT L. POFF, CLERK

By: Nita Rose

NAME:
1. David Smiley  Glynn County Jail  1812 Newcastle St.  Brunswick Ga.
2. Joe Newman/Fred Kramer/Karl Knoche
3. J. Alexander Atwood Jr.
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☑ District Judge
- ☐ ☑ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds