IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 21  A 9: 54

CLERK
SO. DIST. OF GA

UNITED STATES OF AMERICA

v.                                          CASE NO.: CR204-38

DAVID SMILEY

## ORDER

David Smiley was indicted by the Grand Jury for the Southern District of Georgia and charged with Conspiracy to possess with intent to distribute cocaine, Aiding and Abetting, and attempt to possess with intent to distribute cocaine (500 grams or more). J. Alexander Atwood, an attorney in Brunswick, Georgia, was appointed by the Court to represent David Smiley in this proceeding. This case was dismissed and Smiley pled guilty to charges set forth in an Information. Mr. Atwood has filed a separate voucher for services rendered in the case which originated with the filing of the information.

Mr. Atwood has now submitted his claim for services. He seeks compensation in the total amount of $16,607.90. This includes $585.00 as "In Court Compensation," and $15,723.00 as "Out of Court Compensation." The Criminal Justice Act provides that the maximum amount of compensation for services in felony cases is the sum of $7,000.00, unless the case involves extended or complex representation. 18 U.S.C. § 3006A(d)(2) and (3).

"In determining if an excess payment is warranted, the court should make a threshold determination as to whether the case is either extended or complex. If the legal or factual issues in a case are unusual, thus requiring the expenditure of more time, skill and effort by

AO 72A
(Rev. 8/82)

the lawyer than would normally be required in an average case, the case is 'complex.' If more time is reasonably required for total processing than the average case, including pre-trial and post-trial hearings, the case is 'extended'." Paragraph 2.22 B(3) of the Appointment of Counsel in Criminal Cases, Volume VII, Guide to Judiciary Polices and Procedures. "Counsel claiming compensation in excess of the statutory case limitation must submit with the voucher a detailed memorandum supporting and justifying counsel's claim that representation was provided in a complex or extended case and that the excess payment is necessary to provide fair compensation." (emphasis added) A memorandum has been submitted by Mr. Atwood.

Upon full review of the Court's case file and upon consideration of this case, it appears that it should be classified as "extended." However, this case does not warrant the award of the fees requested despite the expenditure of time by Mr. Atwood as set forth on his voucher. Accordingly, payment for services is reduced to $10,000.00.

For the above and foregoing reasons, it is hereby **ORDERED** that payment for "In Court" services is set at $585.00, as requested, and payment for "Out of Court" services is set at $9,415.00. Furthermore, $242.99 in "Travel Expenses" and $56.70 in "Other Expenses" should be paid to Mr. Atwood. The total amount approved is $10,299.69.

**SO ORDERED**, this 21st day of Oct., 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA